**JONATHAN M. PROMAN, ESQ.**
30 Wall Street, Eighth Floor
New York, New York 10005
(917) 524-7566 | jproman@promanlaw.com
*Attorneys for Plaintiffs*
*Merwick Healthcare and Rehab Center LLC,*
*Venetian Healthcare and Rehab Center LLC,*
*Merwick Propco Urban Renewal LLC,*
*and Venetian Propco LLC*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

--------------------------------------------------------------------- X

In re:

THE VENETIAN CARE & REHABILITATION
CENTER, LLC, *et al.*[1]

               Debtors.

--------------------------------------------------------------------- X

MERWICK HEALTHCARE AND REHAB
CENTER LLC, VENETIAN HEALTHCARE
AND REHAB CENTER LLC, MERWICK
PROPCO URBAN RENEWAL LLC, and
VENETIAN PROPCO LLC,

               Plaintiffs,

      -against-

MICHAEL JACOBS, JOSHUA JACOBS,
HYMAN JACOBS, DAVID JACOBS,
ANDREW MASETTI, CHRISTOPHER
METTERNICH, MILLSTONE RIVERVIEW
REAL ESTATE URBAN RENEWAL LLC,
VENETIAN HEALTHCARE, LLC, and
DOE DEFENDANTS 1-10,

               Defendants.

--------------------------------------------------------------------- X

Case No. 26-14510 (VFP)
(Jointly Administered)

Chapter 11

Adv. No. 26-01239 (VFP)

Hearing Date:
July 7, 2026, at 10:00am

**NOTICE OF MOTION FOR
REMAND TO THE
SUPERIOR COURT OF THE
STATE OF NEW JERSEY,
MIDDLESEX COUNTY OR,
ALTERNATIVELY,
ABSTENTION**

---

[1] The Debtors in these jointly administered proceedings are (i) Merwick Care & Rehabilitation Center, LLC (Case No. 26-14509-VFP); (ii) The Venetian Care & Rehabilitation Center, LLC (Case No. 26-14510-VFP); (iii) Windsor Healthcare Management Limited Liability Company (Case No. 26-14511-VFP); (iv) Ashbrook Care & Rehabilitation Center, LLC (Case No. 26-14512-VFP); (v) Llanfair House Care & Rehabilitation Center, LLC (Case No. 26-14513-VFP); (vi) Greenbrook Manor Care & Rehabilitation Center, LLC (Case No. 26-14514-VFP); (vii) Cornell Hall Care & Rehabilitation Center, LLC (Case No. 26-14515-VFP); (viii) The Canterbury at Cedar Grove Care & Rehabilitation Center, LLC (Case No. 26-14516-VFP); and (ix) The Buckingham at Norwood Care & Rehabilitation Center, LLC (Case No. 26-14517-VFP).

Via ECF:

**TO:**   Seth A. Goldberg, Esq.
Pashman Stein Walder Hayden, P.C.
One Commerce Square
2005 Market Street, Suite 3150
Philadelphia, PA 19103
*Attorneys for Defendants*
*Michael Jacobs, Joshua Jacobs,*
*Hyman Jacobs, David Jacobs,*
*Andrew Masetti, Christopher Metternich,*
*Millstone Riverview Real Estate Urban Renewal LLC,*
*and Venetian Healthcare, LLC*

**COUNSEL:**

**PLEASE TAKE NOTICE** that plaintiffs Merwick Healthcare and Rehab Center LLC, Venetian Healthcare and Rehab Center LLC, Merwick Propco Urban Renewal LLC, and Venetian Propco LLC, by their undersigned counsel, shall move before the United States Bankruptcy Court for the District of New Jersey, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Newark, New Jersey 07102, on **July 7, 2026, at 10:00am**, for an Order, pursuant to 28 U.S.C. §§ 1334(c), 1447(c) and 1452(b), and FED. R. BANKR. P. 9014 and 9027(d), remanding this adversary proceeding to the Superior Court of the State of New Jersey, Middlesex County, Complex Business Litigation Program (the "State Court"), or, alternatively, abstaining from adjudicating this adversary proceeding and remanding it to the State Court, along with granting such other relief as is just and proper.

**PLEASE TAKE FURTHER NOTICE** that in support of such motion, the plaintiffs shall rely upon the memorandum of law and certification of Yitzchok Rokowsky submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested must be made in writing and in the form prescribed by the Federal Rules of Bankruptcy

2

Procedure and the District of New Jersey Local Bankruptcy Rules, and must be filed with this Court and served upon the plaintiffs' undersigned counsel within the time required by the Court Rules.

**PLEASE TAKE FURTHER NOTICE** that in the event timely objections are not filed and served, this motion shall be deemed uncontested and the Court may, in its discretion, grant the requested relief.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order granting this motion is submitted herewith.

Dated: June 16, 2026

**JONATHAN M. PROMAN, ESQ.**

By: *s/ Jonathan M. Proman*
　　Jonathan M. Proman

30 Wall Street, Eighth Floor
New York, New York 10005
(917) 524-7566
jproman@promanlaw.com

*Attorney for Plaintiffs*
*Merwick Healthcare and Rehab Center LLC,*
*Venetian Healthcare and Rehab Center LLC,*
*Merwick Propco Urban Renewal LLC,*
*and Venetian Propco LLC*