**JONATHAN M. PROMAN, ESQ.**
30 Wall Street, Eighth Floor
New York, New York 10005
(917) 524-7566 | jproman@promanlaw.com
*Attorneys for Plaintiffs*
*Merwick Healthcare and Rehab Center LLC,*
*Venetian Healthcare and Rehab Center LLC,*
*Merwick Propco Urban Renewal LLC,*
*and Venetian Propco LLC*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------------- X

In re:

THE VENETIAN CARE & REHABILITATION
CENTER, LLC, *et al.*[1]

               Debtors.

-------------------------------------------------------------------- X

MERWICK HEALTHCARE AND REHAB
CENTER LLC, VENETIAN HEALTHCARE
AND REHAB CENTER LLC, MERWICK
PROPCO URBAN RENEWAL LLC, and
VENETIAN PROPCO LLC,

               Plaintiffs,

      -against-

MICHAEL JACOBS, JOSHUA JACOBS,
HYMAN JACOBS, DAVID JACOBS,
ANDREW MASETTI, CHRISTOPHER
METTERNICH, MILLSTONE RIVERVIEW
REAL ESTATE URBAN RENEWAL LLC,
VENETIAN HEALTHCARE, LLC, and
DOE DEFENDANTS 1-10,

               Defendants.

-------------------------------------------------------------------- X

Case No. 26-14510 (VFP)
(Jointly Administered)

Chapter 11

Adv. No. 26-01239 (VFP)

**CERTIFICATION OF
YITZCHOK ROKOWSKY IN
SUPPORT OF PLAINTIFFS'
MOTION FOR REMAND TO
THE SUPERIOR COURT OF
THE STATE OF NEW
JERSEY, MIDDLESEX
COUNTY OR,
ALTERNATIVELY,
ABSTENTION**

---

[1] The Debtors in these jointly administered proceedings are (i) Merwick Care & Rehabilitation Center, LLC (Case No. 26-14509-VFP); (ii) The Venetian Care & Rehabilitation Center, LLC (Case No. 26-14510-VFP); (iii) Windsor Healthcare Management Limited Liability Company (Case No. 26-14511-VFP); (iv) Ashbrook Care & Rehabilitation Center, LLC (Case No. 26-14512-VFP); (v) Llanfair House Care & Rehabilitation Center, LLC (Case No. 26-14513-VFP); (vi) Greenbrook Manor Care & Rehabilitation Center, LLC (Case No. 26-14514-VFP); (vii) Cornell Hall Care & Rehabilitation Center, LLC (Case No. 26-14515-VFP); (viii) The Canterbury at Cedar Grove Care & Rehabilitation Center, LLC (Case No. 26-14516-VFP); and (ix) The Buckingham at Norwood Care & Rehabilitation Center, LLC (Case No. 26-14517-VFP).

1

Yitzchok Rokowsky, pursuant to 28 U.S.C. § 1746, certifies:

1.      I am managing director of the plaintiffs, and respectfully submit this certification in support of their motion for an Order remanding this adversary proceeding to the Superior Court of the State of New Jersey, Middlesex County or, alternatively, abstention.  I have personal knowledge of the matters set forth herein.

2.      Attached are true copies of the following documents:

**Exhibit 1**:    Verified Complaint filed by the plaintiffs in the Superior Court of the State of New Jersey, Middlesex County, Complex Business Litigation Program, captioned *Merwick Healthcare and Rehab Center LLC, et al. v. Michael Jacobs, et al.* (the "State Court Action"), which, on May 29, 2026, was removed to this Bankruptcy Court by the defendants' filing of a Notice of Removal.

**Exhibit 2**:    Operations Transfer Agreement by and between non-party Merwick Care & Rehabilitation Center, LLC and plaintiff Merwick Healthcare and Rehab Center LLC, dated as of December 2, 2024, with amendments.

**Exhibit 3**:    Operations Transfer Agreement by and between non-party Venetian Care & Rehabilitation Center, LLC and Venetian Healthcare and Rehab Center LLC, dated as of December 2, 2024, with amendment.

**Exhibit 4**:    Declaration of Jacen Dinoff, Chief Wind-Down Officer of the above-captioned Debtors, in Support of Debtors' Chapter 11 Petitions and First Day Motions, dated April 28, 2026.

**Exhibit 5**:    Amended and Original Order to Show Cause, each dated May 28, 2026, issued by the Hon. Gary K. Wolinetz in the State Court Action.

**Exhibit 6**:    Notice of Removal filed by the defendants in this adversary proceeding, dated May 29, 2026, removing the State Court Action to this Court.

**Exhibit 7**:    Interim Cash Management Order in the bankruptcy cases of the above-captioned debtors, dated May 4, 2026.

3.      I certify under penalty of perjury that the foregoing is true and correct.

Executed on June 16, 2026

_____
**Yitzchok Rokowsky**