**JONATHAN M. PROMAN, ESQ.**
30 Wall Street, Eighth Floor
New York, New York 10005
(917) 524-7566 | jproman@promanlaw.com
*Attorneys for Plaintiffs*
*Merwick Healthcare and Rehab Center LLC,*
*Venetian Healthcare and Rehab Center LLC,*
*Merwick Propco Urban Renewal LLC,*
*and Venetian Propco LLC*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

-------------------------------------------------------------------- X

In re:

THE VENETIAN CARE & REHABILITATION
CENTER, LLC, *et al.*[1]

             Debtors.

-------------------------------------------------------------------- X

MERWICK HEALTHCARE AND REHAB
CENTER LLC, VENETIAN HEALTHCARE
AND REHAB CENTER LLC, MERWICK
PROPCO URBAN RENEWAL LLC, and
VENETIAN PROPCO LLC,

             Plaintiffs,

       -against-

MICHAEL JACOBS, JOSHUA JACOBS,
HYMAN JACOBS, DAVID JACOBS,
ANDREW MASETTI, CHRISTOPHER
METTERNICH, MILLSTONE RIVERVIEW
REAL ESTATE URBAN RENEWAL LLC,
VENETIAN HEALTHCARE, LLC, and
DOE DEFENDANTS 1-10,

             Defendants.

-------------------------------------------------------------------- X

Case No. 26-14510 (VFP)
(Jointly Administered)

Chapter 11

Adv. No. 26-01239 (VFP)

Hearing Date:
July 7, 2026, at 10:00am

**ORDER GRANTING
MOTION FOR REMAND TO
THE SUPERIOR COURT OF
THE STATE OF NEW
JERSEY, MIDDLESEX
COUNTY**

    The relief set forth on the following page numbered two (2) is hereby ORDERED.

---

[1] The Debtors in these jointly administered proceedings are (i) Merwick Care & Rehabilitation Center, LLC (Case No. 26-14509-VFP); (ii) The Venetian Care & Rehabilitation Center, LLC (Case No. 26-14510-VFP); (iii) Windsor Healthcare Management Limited Liability Company (Case No. 26-14511-VFP); (iv) Ashbrook Care & Rehabilitation Center, LLC (Case No. 26-14512-VFP); (v) Llanfair House Care & Rehabilitation Center, LLC (Case No. 26-14513-VFP); (vi) Greenbrook Manor Care & Rehabilitation Center, LLC (Case No. 26-14514-VFP); (vii) Cornell Hall Care & Rehabilitation Center, LLC (Case No. 26-14515-VFP); (viii) The Canterbury at Cedar Grove Care & Rehabilitation Center, LLC (Case No. 26-14516-VFP); and (ix) The Buckingham at Norwood Care & Rehabilitation Center, LLC (Case No. 26-14517-VFP).

**WHEREAS,** plaintiffs Merwick Healthcare and Rehab Center LLC, Venetian Healthcare and Rehab Center LLC, Merwick Propco Urban Renewal LLC, and Venetian Propco LLC duly filed a Motion for Remand to the Superior Court of the State of New Jersey, Middlesex County or, Alternatively, Abstention (the "Motion"); and

**WHEREAS,** the Court has reviewed and considered the parties' submissions and arguments.

**IT IS HEREBY ORDERED** as follows:

1.      The Motion is GRANTED.

2.      This adversary proceeding is hereby REMANDED to the Superior Court of the State of New Jersey, Middlesex County, Complex Business Litigation Program (Docket No. MID-L-003196-26 (Hon. Gary K. Wolinetz), and the Clerk of this Court is hereby directed to take all steps to effectuate such remand forthwith.